FILED

JUN 28 2022

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**CONNER DAVID PATTERSON**,<br><br>Defendant. | Criminal No. 5:22-cr-20<br><br>Violation:   18 U.S.C. § 2252A(a)(5)(B)<br>                    18 U.S.C. § 2252A(b)(2) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Possession of Child Pornography)

On or about July 20, 2021, in Ohio County, in the Northern District of West Virginia, defendant **CONNER DAVID PATTERSON** did knowingly possess matter that contained an image of child pornography, as defined in Title 18 United States Code Section 2256(8), which had been transported in interstate and foreign commerce by computer, or that was produced using material that had been and transported in interstate and foreign commerce by computer, and which involved a pre-pubescent minor and a minor who had not attained 12 years of age; in violation of 18 United States Code Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

(Possession of Child Pornography)

Pursuant to Title 18, United States Code, Section 2253, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title 18, United States Code, Section 2252A, including, but not limited to, the following items seized on July 20, 2021: CDs; DVD-R's; Verizon Tablet QMV74 FCC ID HFS-QMV74; Samsung Tablet s/n R52Gll7G71M; Black Motorola Cell Phone; Silver iPhone 12; Black Motorola Moto Cell Phone; Toshiba CB35-B3330 Chrome Book 2 s/n 1Fl06057C; iPhone model A1660 FCC ID BCG-E3085A; iPhone model A1661 FCC ID BCG-E3087A; Galaxy S6 Edge IMEI 990004854403999; HP Laptop s/n CND7359XV6; and SanDisk Cruzer 4GB Drive SDCZ36-004G.

WILLIAM IHLENFELD
United States Attorney

Danaë DeMasi-Lemon
Assistant United States Attorney